UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

RECEIVED OCT 30 2017

FILED OCT 30 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Lautha Anderson SR #512937,
Plaintiff,

vs. Robert Henderson, Chantay Godert, Missouri Department of Corrections, Taylor Preston ~~[struck out]~~,
Defendant(s).

4:17CV2659 AGF

## MOTION TO PROCEED IN FORMA PAUPERIS AND AFFIDAVIT IN SUPPORT -- PRISONER CASES

I, Lautha Anderson SR #512937 declare (1) that I am the **Plaintiff** in this case; (2) that because of my poverty, I am unable to pay the $350.00 filing fee; and (3) that I believe I am entitled to relief. The nature of my action and the issues are briefly stated as follows: My life was placed in danger and my throat was slit open on 11-20-16.

In further support of this application, I answer the following questions:

1. Have you ever before brought an action or appeal in a federal court while you were incarcerated or detained?

   Yes ✓   No ___

   If so, how many times? ONE

   Were any of the actions or appeals dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted?

   Yes ✓   No ___

   If so, how many of them? ONE

2. Place of confinement of plaintiff or petitioner: _____
   FARMINGTON CORR. CENTER.

3. Crime(s) for which you have been convicted, date and sentence on each:

   Rape July 1993, Life, Robbery July 1993 5 yrs, Burglary July 1993 5 yrs,
   Kidnapping Sept 1993 10 yrs, Robbery Sept 1993 5 yrs

4. Are you presently employed?  Yes \_\_\_\_  No ✓

    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

        N/A

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.  NEVER EMPLOYED

5. Have you received, within the past twelve (12) months, money from any of the following sources?

                                                      Yes  No

Business, profession or form of self-employment?  \_\_\_  ✓

Rent payments, interest or dividends?  \_\_\_  ✓

Pensions, annuities or life insurance payments?  \_\_\_  ✓

Gifts or inheritances?  \_\_\_  ✓

Any other sources?  ✓  \_\_\_

If the answer to any of the above is "yes," describe the source and amount of money received from each during the past twelve (12) months.

My Mother and My Father periodically send me $50.00 or 40.00 or 25.00

6. Do you own any cash, or do you have money in a checking or savings account? Include any funds in prison accounts during the last six (6) months.  Yes \_\_\_  No ✓

If the answer is "yes," state the total amount of cash owned, and the average monthly balance in all checking, savings or prison account during the last six (6) months.

        N/A

7. Do you own real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ___ No ✓

If the answer is "yes," describe the property and state its approximate value.

N/A

8. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

N/A

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT. I UNDERSTAND THAT PROVIDING FALSE INFORMATION MAY SUBJECT ME TO CRIMINAL PROSECUTION, IMPOSITION OF A FINE, OR OTHER SANCTION THAT MAY ADVERSELY AFFECT MY ABILITY TO PURSUE THIS CASE OR OTHER CASES. I HAVE REVIEWED MY ANSWERS TO INSURE THEIR ACCURACY.

Executed (signed) this 25TH day of October, 2017.

_Sautha Anderson Sr_
(Signature of plaintiff)

NOTE: THIS AFFIDAVIT MUST BE ACCOMPANIED BY A **CERTIFIED** COPY OF YOUR PRISON ACCOUNT STATEMENT SHOWING THE AMOUNT OF MONEY ON DEPOSIT DURING THE LAST SIX (6) MONTHS. A "CERTIFIED COPY" OF YOUR ACCOUNT STATEMENT IS ONE THAT HAS BEEN CERTIFIED BY AN AUTHORIZED PRISON OFFICER THAT IT IS A TRUE AND CORRECT COPY. FAILURE TO SUBMIT A CERTIFIED ACCOUNT STATEMENT WILL RESULT IN THE RETURN OF YOUR COMPLAINT OR PETITION.

7. Do you own real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ___ No ✓

If the answer is "yes," describe the property and state its approximate value.

N/A

8. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

N/A

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT. I UNDERSTAND THAT PROVIDING FALSE INFORMATION MAY SUBJECT ME TO CRIMINAL PROSECUTION, IMPOSITION OF A FINE, OR OTHER SANCTION THAT MAY ADVERSELY AFFECT MY ABILITY TO PURSUE THIS CASE OR OTHER CASES. I HAVE REVIEWED MY ANSWERS TO INSURE THEIR ACCURACY.

Executed (signed) this 25TH day of October, 2017.

_Sautha Anderson Sr_
(Signature of plaintiff)

NOTE: THIS AFFIDAVIT MUST BE ACCOMPANIED BY A **CERTIFIED** COPY OF YOUR PRISON ACCOUNT STATEMENT SHOWING THE AMOUNT OF MONEY ON DEPOSIT DURING THE LAST SIX (6) MONTHS. A "CERTIFIED COPY" OF YOUR ACCOUNT STATEMENT IS ONE THAT HAS BEEN CERTIFIED BY AN AUTHORIZED PRISON OFFICER THAT IT IS A TRUE AND CORRECT COPY. FAILURE TO SUBMIT A CERTIFIED ACCOUNT STATEMENT WILL RESULT IN THE RETURN OF YOUR COMPLAINT OR PETITION.