RECEIVED
NOV 07 2017
BY MAIL

November 6th, 2017

Plaintiff, Lautha Anderson Sr.                    Case No: 4:17-cv-02659-AGF

## Motion For Appointment Of Counsel

Comes now Plaintiff Lautha Anderson Sr. 512937, in case # Anderson V. Godert et Al, No 4:17-cv-02659-AGF, asking the court to please appoint me counsel. I am illiterate to the law in all aspects. I also am in administrative segregation where I have no accsess to the law library or any law clerks, and have been segregated for the last five months. I don't know how long I will be held in administrative segregation with no kind of legal help what-so-ever.

Would the court please assist me and appoint me some help in the form of some type of counsel?

I thank the court for it's aid and assistance in this matter.

Sincerely,
Lautha Anderson Sr.
Lautha Anderson Sr

Lautha Anderson Sr. #512937 5B-17
Farmington Correctional Center
1012 W. Columbia St.
Farmington, Mo. 63640

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov.

RECEIVED
NOV 07 2017
BY MAIL

MAILED FROM FARMINGTON CORRECTIONAL CENTER

Clerk of the Court
United States District Court
Eastern District of Missouri
111 S. Tenth St.
St. Louis, Mo. 63102