UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LAUTHA V. ANDERSON, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:17-cv-02659-AGF |
| ) | |
| CHANTAY GODERT, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

For good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff's motion for extension of time to comply with the Court's March 13, 2019 Memorandum & Order is **GRANTED**. ECF No. 38.

**IT IS FURTHER ORDERED** that the parties shall promptly meet and confer in good faith and, if appropriate, file a motion to amend the Case Management Order, including a proposed amended schedule.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 10th day of June, 2019.