# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| LAUTHA V. ANDERSON, SR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:17-CV-02659-AGF ) |
| CHANTAY GODERT, et al., | ) ) ) |
| Defendants. | ) |

## DEFENDANTS' DESIGNATIONS OF DEPOSITIONS, INTERROGATORY ANSWERS, AND REQUESTS FOR ADMISSIONS FOR USE AT TRIAL

Defendants, through counsel, provide notification of their intent to use such portions of depositions, interrogatory answers, and requests for admissions as needed to impeach or rebut the testimony of plaintiff and his witnesses.

Respectfully submitted,

**ERIC S. SCHMITT**
Missouri Attorney General

/s/ *Michael Pritchett*
Michael Pritchett, Mo Bar No. 33848
Assistant Attorney General
James W. LeCompte III, Mo Bar No. 72899
Assistant Attorney General
Missouri Attorney General's Office
P.O. Box 899
Jefferson City, Missouri 65102
Telephone:   (573)751-8864 (Pritchett)
             (573)821-3616 (LeCompte)
Fax:         (573)751-9456
Email: Michael.Pritchett@ago.mo.gov
Email: Wil.LeCompte@ago.mo.gov

1

**ATTORNEYS FOR DEFENDANTS
RUBINO, PRESTON, AND HANSEN**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 23rd day of October, 2020, I electronically filed the foregoing with the Clerk of the Court's ECF system which sent notice to:

James W. Schottel, Jr.
Schottel & Associates, P.C.
906 Olive Street, PH
St. Louis, MO 63101
jwsj@schotteljustice.com
Attorney for Plaintiff

/s/ *Michael Pritchett*
Assistant Attorney General