# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| LAUTHA V. ANDERSON, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:17-CV-2659 AGF |
| ) | |
| CHANTAY GODERT, et al., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S PRE-TRIAL PROPOSED EXHIBIT LIST

COMES NOW Plaintiff Lautha V. Anderson, Sr. ("Plaintiff"), and hereby submits the following proposed exhibit list:

| **No.** | **Description** | **Will/May be introduced** | **902(11) or 902(12) Authentication** |
|---|---|---|---|
| P-1 | MDOC 11-18-16 Classification Hearing Form | May | No |
| P-2 | MDOC Protective Needs Assessment/Waiver | May | No |
| P-3 | MDOC 11-21-16 Medical Accountability Records System Objective Information | May | No |
| P-4 | MDOC 11-21-16 Medical Accountability Records System Nurse Encounter Soap Notes | May | No |
| P-5 | MDOC 11-21-16 Temporary Administration Segregation Confinement Form | May | No |
| P-6 | Def Monica Rubino Affidavit – 12-18-16 | May | No |
| P-7 | Conduct Violation Report – 11-15-16 | May | No |

| | | | |
|---|---|---|---|
| P-8 | Mr. Anderson Grievance Appeal – 10-26-17 | May | No |
| P-9 | Informal Resolution Request – 12-7-16 | May | No |

Respectfully submitted,

SCHOTTEL & ASSOCIATES, P.C.

BY: s/*James W. Schottel, Jr.*
     James W. Schottel, Jr.   #51285MO
     906 Olive St., PH
     St. Louis, MO 63101
     (314) 421-0350
     (314) 421-4060 facsimile
     jwsj@schotteljustice.com

     Attorney for Plaintiff
     Lautha V. Anderson, Sr.

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2020, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Michael Pritchett
Michael.Pritchett@ago.mo.gov

James W. LeCompte III
Wil.LeCompte@ago.mo.gov

Attorneys for Defendants
Monica Rubino
Taylor Preston
Jeremy Hanson


s/*James W. Schottel, Jr.*

2