## INSTRUCTION NO. ____

The testimony of a law enforcement officer should be considered by you just as any other evidence in this case, and in evaluating his or her credibility you should use the same guidelines which you apply to the testimony of any witness. You should not give either greater or lesser credence to the testimony of a witness merely because he or she is a law enforcement officer.



Plaintiff's Instruction No. 6. Not in 8th Cir. Civil Jury Instr. (2020)