UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LAUTHA V. ANDERSON, SR., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 4:17-cv-02659-AGF |
| CHANTAY GODERT, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Because of the recent increase is COVID-19 infection numbers in the state and in this District, the Court finds it is necessary to continue the jury trial scheduled for November 17, 2020, to ensure the safety of the parties, the attorneys, court personnel, and the jurors.

Accordingly,

**IT IS HEREBY ORDERED** that the trial setting of November 17, 2020 and is **VACATED**, the final pre-trial conference set for November 9, 2020 is **CANCELED**, and any remaining pre-trial deadlines are **STAYED**, all to be reset at a later date.  The Court will schedule a conference call with counsel in January 2021, to determine a new trial date and deadlines for filing remaining final pretrial materials.

**IT IS FURTHER ORDERED** that the Writ Of Habeas Corpus Ad Testificandum (ECF No. 101) issued by the Court on October 16, 2020, which was in connection with the above-noted trial and pre-trial conference, is **VACATED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion to permit Plaintiff to appear in court at trial without restraints and in civilian clothes is **DISMISSED without prejudice** to refiling after a new trial date is set.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of November, 2020.